IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT ID 909395583197 AND/OR EMAIL ADDRESS jaiaisyysusisiydyeueiei563737@gmail.com, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 2:25-mj-00164-KFW<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Nathan Jacobs, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I make this affidavit in support of an application for a search warrant for information associated with Google Account ID 909395583197 and/or email address jaiaisyysusisiydyeueiei563737@gmail.com, that is stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2010. I am presently assigned as to the Joint Terrorism Task Force (JTTF) in the Portland, Maine FBI Office, where I have investigated a variety of matters, to include international terrorism, hate crimes, and Weapons of Mass Destruction, including investigations involving actual explosive devices, hoaxes, and use of biological weapons.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 47 U.S.C. § 233 have been committed by unknown persons. There is also probable cause to search the information described in Attachment A for evidence or instrumentalities of these crimes further described in Attachment B.

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.

7.      I made a preservation request for records on this Google account on March 21, 2025.

8.  On March 20, 2025, the Saco Police Department (SPD) notified the FBI that a series of automated phone calls had left messages on a telephone line belonging to Thornton Academy, a boarding and day school located in Saco, Maine. The calls originated from telephone number (818) 588-6513. In total, 11 phone calls were made from the x6513 number to the Thornton Academy line between 11:55 AM and 12:36 AM EST.

9.  The voicemails left on the Thornton Academy voicemail system appear to be from an automated speech system, and are transcribed below:

> "Hello, this is an automated call from Islamic State of Syria. My name is Matthew Donaldson. I have placed 500 grams of fertilizer bombs on the structure of the building if I don't receive $5000 in cash. I want it placed in $100 bills right outside of the school in a white van. I want to spray paint green so I know it's the right one not within five hours. The school will explode. I am not fucking around. Do not text me. Hello this is an automated call from Islamic State of Syria. My name is Matthew Donaldson."

10. The Saco Police Department dispatched officers to Thornton Academy and were unable to locate a subject, explosives, or white van as indicated in the call.

11. An investigation conducted by the FBI identified that the account was registered as a Google Voice account. Emergency disclosures from Google identified that that the account was associated with Google ID 909395583197, as well as Google email address jaiaisyysusisiydyeueiei563737@gmail.com, and recovery email address

3

david.maksyutkin@mail.ru. Review of the IP login history showed that the account was being accessed using Virtual Private Networks (VPNs).

<u>Minneapolis Swatting Incident</u>

12.     A subsequent subpoena sent to Google for information associated with Google ID 909395583197 identified that Google Voice number (818) 588-6513 also made calls to several police departments and schools throughout the United States and Canada.

13.     Specifically, on March 23, 2025, Google voice number (818) 588-6513 made calls to several Minneapolis Police precincts. An FBI agent based in the Minneapolis Division queried the police department and identified at least one of the calls as tied to a 911 "Swatting" incident, in which the caller claims that he and his friends have tied up his wife and were going to kill her. The call appeared to be designed to elicit an armed police response to a home in Minneapolis. The call escalates when an individual start screaming in the background and several gunshots are heard. The caller then tells police that he killed his wife. A transcript of the call follows:

911 Dispatcher 1:  Dispatch.

Male Caller:  Hello?

911 Dispatcher 1:  Hi, this is the 911 center, how can I help you?

Male Caller:  I'm…I'm gonna do a bad thing.

911 Dispatcher 1:  What are you doing to do?

Male Caller:  Me and my friend… Me and my… I have my wife tied up and me and my friend and me are going to kill her.

911 Dispatcher 1:  Ok, where are you?

Male Caller: I'm at 3549 Fremont Avenue South and...

911 Dispatcher 1: What city are you in?

Male Caller: I'm in Minneapolis.

911 Dispatcher 1: Ok, 3549 Fremont Avenue South?

Male Caller: Fremont.

911 Dispatcher 1: Fremont Avenue South?

Male Caller: Freemont. Yes.

911 Dispatcher 1: Ok. What is your name?

Male Caller: Kevin. And my friend's name is Andy.

911 Dispatcher 1: Ok, do you have any weapons Kevin?

Male Caller: Yes. Me and my friend both have guns with us. I have my... I have my AR with me.

 (Sobbing heard in background.)

911 Dispatcher 1: Ok. Stay on the line with me for just a minute, I have to [unintelligible] something.

Male Caller: I am. I'm gonna shoot myself and wife.

 (Crying and screaming in background intensifies.)

911 Dispatcher 1: Ok, stay on the line please. Ok, Kevin? (Sound of phone dialing) Minneapolis, are you on the line?

 (Dispatcher 1 brings Dispatcher 2 on the line.)

911 Dispatcher 2: Unintelligible

911 Dispatcher 1 : 3549 Fremont Avenue South

911 Dispatcher 2: 3549 Fremont....

5

(Crying in background gets louder.)

911 Dispatcher 1: 3549 Fremont Avenue South.

911 Dispatcher 2: Do you have any information?

911 Dispatcher 1: He says he and his friend have guns and he's going to kill his wife.

911 Dispatcher 2: [Unintelligible]

(Single gunshot.)

911 Dispatcher 2: Hello?

(Single gunshot.)

911 Dispatcher 2: Hello caller?

Male Caller: I… I just went and killed my wife.

911 Dispatcher 2: Sir, where's your address?

Male Caller: I just shot and killed my wife. I just killed my fucking wife.

911 Dispatcher 2: Sir, what is your address?

Male Caller: I'm… I'm at 3547 Fremont Avenue.

911 Dispatcher 2: 3547?

Male Caller: Yes.

911 Dispatcher 2: Freemont Avenue?

Male Caller: Yes. South.

911 Dispatcher 2: What your name sir?

Male Caller: My name is Kevin.

911 Dispatcher 2: What's your last name Kevin?

Male Caller: Kevin… I don't wanna go to jail.

>911 Dispatcher 2: Sir, our main concern is getting out to help you ok.
>
>Male Caller: No, no, no, no, no, no. I don't wanna go to jail.
>
>911 Dispatcher 2: Sir. Are… Our main concern is making sure that people…
>
>Male Caller: Am I going to go to jail? Tell me. Am I going to go to jail?
>
>911 Dispatcher 2: Sir, I'm not an officer. I'm just here to make sure….
>
>(Caller hangs up.)

14. Officers of the Minneapolis Police Department responded to the stated address and removed the occupants from the home. The officer determine that the call was a hoax and that no crime at that residence had been committed by the residents.

Additional Threats to Thornton Academy

15. On April 1, 2025, the SPD notified the FBI that a new series of threats had been made against Thornton Academy.

16. This time, representatives from Crisis Text Line, a text-based crisis hotline based in Massachusetts, contacted the SPD to relay that a texter identifying himself as "James" told a counselor he attended "Thortan" academy and that he was thinking of killing kids. "James" claimed that he had a dose of "nova-chock", a Glock 17, a grenade, and an AR-15 and was going to "make everyone die in a chemical attack". From my knowledge and experience, I believe "nova-chock" to be a reference to Novichok, a family of nerve agents developed by the Soviet Union and later Russia. The texter went on to give an address of 438 Main Street, Saco, Maine 04072, which is the address for Thornton Academy.

17. On April 2, 2025, yet another threat was made to the Thornton Academy, this time via a Maine text-based crisis hotline. This series of threats, like the previous

7

series, was from an individual claiming to be "James". James claimed that he had planted explosives on the Thornton Academy grounds and school busses, and stated that they were timed to go off at 2:30 PM. Additionally, James stated that he was armed with a Glock 17 and a grenade. The SPD dispatched officers, but did not locate a subject or explosives.

18. On April 4, 2025, the same Maine crisis text line received more threats, this time from a texter who identified himself as "Jeremy". Jeremy stated that he was 16 years old and was armed with an AR-15 and grenades. Jeremy stated he had placed bombs in the school and that he would start shooting at 9:20 AM. Again, the SPD dispatched officers and found no subject or explosives.

19. All of the threats to Thornton Academy that originated via the Massachusetts and Maine-based crisis lines logged the IP of the texter as 198.44.136.35. Subsequent investigation by the FBI identified this IP address to be associated with a Virtual Private Network (VPN), which masks the texter's true Internet Service Provider.

## BACKGROUND CONCERNING GOOGLE[1]

20. Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser

---

[1] The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages: the "Google legal policy and products" page available to registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on about.google.com.

or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

21. In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

22. Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

23. Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

24. Google provides email services (called Gmail) to Google Accounts through email addresses at gmail.com or enterprise email addresses hosted by Google. Gmail can be accessed through a web browser or a mobile application. Additional email addresses ("recovery," "secondary," "forwarding," or "alternate" email addresses) can be associated

with the Google Account by the user. Google preserves emails associated with a Google Account indefinitely, unless the user deletes them.

25. Google provides an address book for Google Accounts through Google Contacts. Google Contacts stores contacts the user affirmatively adds to the address book, as well as contacts the user has interacted with in Google products. Google Contacts can store up to 25,000 contacts. Users can send messages to more than one contact at a time by manually creating a group within Google Contacts or communicate with an email distribution list called a Google Group. Users have the option to sync their Android mobile phone or device address book with their account so it is stored in Google Contacts. Google preserves contacts indefinitely, unless the user deletes them. Contacts can be accessed from the same browser window as other Google products like Gmail and Calendar.

26. Google provides an appointment book for Google Accounts through Google Calendar, which can be accessed through a browser or mobile application. Users can create events or RSVP to events created by others in Google Calendar. Google Calendar can be set to generate reminder emails or alarms about events or tasks, repeat events at specified intervals, track RSVPs, and auto-schedule appointments to complete periodic goals (like running three times a week). A single Google Account can set up multiple calendars. An entire calendar can be shared with other Google Accounts by the user or made public so anyone can access it. Users have the option to sync their mobile phone or device calendar so it is stored in Google Calendar. Google preserves appointments indefinitely, unless the user deletes them. Calendar can be accessed from the same browser window as other Google products like Gmail and Calendar.

27. Hangouts, Meet, and Chat. These services enable real-time text, voice, and/or video communications through browsers and mobile applications, and also allow users to send and receive text messages, videos, photos, locations, links, and contacts. Google may retain a user's messages if the user hasn't disabled that feature or deleted the messages, though other factors may also impact retention. Google does not retain Duo voice calls, though it may retain video or voicemail messages.

28. Google Drive is a cloud storage service automatically created for each Google Account. Users can store an unlimited number of documents created by Google productivity applications like Google Docs (Google's word processor), Google Sheets (Google's spreadsheet program), Google Forms (Google's web form service), and Google Slides, (Google's presentation program). Users can also upload files to Google Drive, including photos, videos, PDFs, and text documents, until they hit the storage limit. Users can set up their personal computer or mobile phone to automatically back up files to their Google Drive Account. Each user gets 15 gigabytes of space for free on servers controlled by Google and may purchase more through a subscription plan called Google One. In addition, Google Drive allows users to share their stored files and documents with up to 100 people and grant those with access the ability to edit or comment. Google maintains a record of who made changes when to documents edited in Google productivity applications. Documents shared with a user are saved in their Google Drive in a folder called "Shared with me." Google preserves files stored in Google Drive indefinitely, unless the user deletes them.

29. Google Keep is a cloud-based notetaking service that lets users take notes and share them with other Google users to view, edit, or comment. Google Keep notes are stored indefinitely, unless the user deletes them.

30. Google offers a map service called Google Maps which can be searched for addresses or points of interest. Google Maps can provide users with turn-by‐turn directions from one location to another using a range of transportation options (driving, biking, walking, etc.) and real-time traffic updates. Users can share their real-time location with others through Google Maps by using the Location Sharing feature. And users can find and plan an itinerary using Google Trips. A Google Account is not required to use Google Maps, but if users log into their Google Account while using Google Maps, they can save locations to their account, keep a history of their Google Maps searches, and create personalized maps using Google My Maps. Google stores Maps data indefinitely, unless the user deletes it.

31. Google collects and retains data about the location at which Google Account services are accessed from any mobile device, as well as the periodic location of Android devices while they are in use. This location data can derive from a range of sources, including GPS data, Wi-Fi access points, cell-site locations, geolocation of IP addresses, sensor data, user searches, and Bluetooth beacons within range of the device. According to Google, this location data may be associated with the Google Account signed-in or registered to the device when Location Services are activated on the device and the user has enabled certain global settings for their Google Account, such as Location History or Web & App Activity tracking. The data retained may be both precision location data, like latitude and longitude coordinates derived from GPS, and

inferential location data, such as the inference that a Google Account is in New York because it conducts a series of searches about places to eat in New York and directions from one New York location to another. Precision location data is typically stored by Google in an account's Location History and is assigned a latitude-longitude coordinate with a meter radius margin of error. Inferential data is stored with an account's Web & App Activity. Google maintains these records indefinitely for accounts created before June 2020, unless the user deletes it or opts to automatically delete their Location History and Web & App Activity after three or eighteen months. Accounts created after June 2020 auto-delete Location History after eighteen months unless the user affirmatively changes the retention setting to indefinite retention or auto-deletion at three months.

32. Google offers a free web browser service called Google Chrome which facilitates access to the Internet. Chrome retains a record of a user's browsing history and allows users to save favorite sites as bookmarks for easy access. If a user is logged into their Google Account on Chrome and has the appropriate settings enabled, their browsing history, bookmarks, and other browser settings may be saved to their Google Account in a record called My Activity.

33. My Activity also collects and retains data about searches that users conduct within their own Google Account or using the Google Search service while logged into their Google Account, including voice queries made to the Google artificial intelligence-powered virtual assistant Google Assistant or commands made to Google Home products. Google also has the capacity to track the websites visited using its Google Chrome web browser service, applications used by Android users, ads clicked,

and the use of Google applications by iPhone users. According to Google, this search, browsing, and application use history may be associated with a Google Account when the user is logged into their Google Account on the browser or device and certain global settings are enabled, such as Web & App Activity. Google Assistant and Google Home voice queries and commands may also be associated with the account if certain global settings are enabled, such as Voice & Audio Activity tracking. Google maintains these records indefinitely for accounts created before June 2020, unless the user deletes them or opts in to automatic deletion of their location history every three or eighteen months. Accounts created after June 2020 auto-delete Web & App Activity after eighteen months unless the user affirmatively changes the retention setting to indefinite retention or auto-deletion at three months.

34. Google Accounts can buy electronic media, like books, movies, and music, and mobile applications from the Google Play Store. Google Play records can include records of whether a particular application has been or is currently installed on a device. Users cannot delete records of Google Play transactions without deleting their entire Google Account.

35. Google offers a service called Google Voice through which a Google Account can be assigned a telephone number that can be used to make, record, and forward phone calls and send, receive, store, and forward SMS and MMS messages from a web browser, mobile phone, or landline. Google Voice also includes a voicemail service. Records are stored indefinitely, unless the user deletes them.

36. Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google

Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

37. When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

38. Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as

the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

39. Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

40. In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. Location information and other contextual information from contacts, communications, searches, and stored documents could help identify the unknown individual(s) using this account as well as their whereabouts, which remain unclear, particularly given the geographic breadth of activity.

41. Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation. As outlined

above, the evidence suggests the user of this account has used recorded messages, and may have accessed recordings to facilitate audio effects.

42. In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information,email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

43. Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.*, information indicating a plan to commit a crime), or consciousness of guilt (*e.g.*, deleting account information in an effort to conceal evidence from law enforcement).

44. Other information connected to the use of a Google account may lead to the discovery of additional evidence. For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under

investigation or services used to communicate with co-conspirators. In addition, emails, instant messages, Internet activity, documents, and contact and calendar information can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

45. Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services. In my training and experience, such information may constitute evidence of the crimes under investigation, which involve threatening and harassing communications, including information that can be used to identify the account's user or users.

## CONCLUSION

46. Based on the forgoing, I request that the Court issue the proposed search warrant.

47. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Google. Because the warrant will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

48. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither

public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Nathan Jacobs
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: May 05 2025

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title