**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with Google Account ID 909395583197 and/or email address jaiaisyysusisiydyeueiei563737@gmail.com ("the Account") that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.