## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH GOOGLE ACCOUNT ID 90939-5583197, or jaiaisyysusisiydyeueiei563737@gmail.com THAT IS STORED ON PREMISES CONTROLLED BY GOOGLE LLC | No. 2:25-mj-00164-KFW |

### MOTION TO CONTINUE SEALING

The United States of America, by and through its attorneys, Craig M. Wolff, Acting United States Attorney for the District of Maine, and Jeanne D. Semivan, Special Assistant United States Attorney, respectfully moves this Honorable Court to continue sealing the above-captioned case for an additional period of ninety (90) days, until September 3, 2025, subject to a supplemental motion to extend the sealing.

The Government moves this Honorable Court to seal this case for an additional ninety days or until defendant is identified and arrested, whichever occurs first. Disclosure of the search warrant and affidavit during an ongoing investigation could have the effect of exposing the identity of cooperating witnesses, alerting the target, or other unknown co-conspirators, to the existence of this investigation, and/or leading to the flight of those individuals.

WHEREFORE, the Government requests that the search warrant, search warrant application, affidavit of Nathan Jacobs, search warrant return, as well as any and all attachments, related documents and docket entries pertaining thereto, be sealed until September 3, 2025.

Dated in Portland, Maine, this 5th day of June, 2025.

Respectfully submitted,

Craig M. Wolff
Acting United States Attorney

*/s/Jeanne D. Semivan*
Special Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, ME 04101